AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

Report Required by the Ethics in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) John one, Edward H | 2. Court or Organization U.S. District Court W.D. Ky | 3. Date of Report 4/21/2005 |
|---|---|---|

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior Judge | 5. ReportType (check appropriate type) ○ Nomination, Date ● Initial  ⊙ Annual  ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
|---|---|---|

| 7. Chambers or Office Address 217 Federal Building 501 Broadway Paducah, Kentucky 42001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ |
|---|---|

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED
MAY 9 10 32 AM '05
FINANCIAL
DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2004 | Kenutcky Teacher's Retirement Fund Annuity |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

**V. GIFTS.** (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

**VI. LIABILITIES.** (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnstone, Edward H | 4/21/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Farmers Bk & Tr Co Ck Accts | A | Interest | L | T | | | | | |
| 2. Lake Lot, Canton. Ky | | None | K | S | | | | | |
| 3. 1/2 int in oil & gas rgts, land Caldwell Co., Ky | | None | J | W | | | | | |
| 4. IRA Edw D Jones Co, Wash Mut Investors Fund | A | Dividend | K | T | | | | | |
| 5. EuroPacific Growth Fund | A | Dividend | L | T | | | | | |
| 6. Lockhee Martin common | A | Dividend | K | T | | | | | |
| 7. BellSouth Corp common | B | Dividend | K | T | | | | | |
| 8. Franklin Tax Free Income Fund | C | Dividend | L | T | | | | | |
| 9. Franklin Utility Fund | A | Dividend | J | T | | | | | |
| 10. Wash Mut Investors Fund | A | Dividend | L | T | | | | | |
| 11. Edw D Jones Tax Free Money Market Acct | A | Interest | J | T | | | | | |
| 12. Capital Income Builders Fund | B | Dividend | K | T | | | | | |
| 13. Univ Ky Rev Rfdg Cons EDL Bldgs Ser MBIA Bd (Due 5-1-07) | A | Interest | | | Redeem | 5/3 | J | | |
| 14. Princeton, KY Wtr & Swr Rev Bd (Due 8/8) | A | Dividend | J | T | | | | | |
| 15. Chevron Texaco Corp., common | A | Dividend | K | T | | | | | |
| 16. Hershey Food Corp., common | A | Dividend | J | T | | | | | |
| 17. PNC Bank Corp. Common | A | Dividend | J | T | | | | | |
| 18. Providian Nat'l Bk. CD | A | Interest | | | Redeem | 10-12 | K | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1.001-$2,500 | C = $2,501-$5,000 | D = $5.001-$15.000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15.000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnstone, Edward H | 4/21/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Discover Bank CD due 4/17/05 | A | Interest | K | T | | | | | |
| 20. Corus Bank CD due 5/3/06 | B | Interest | K | T | | | | | |
| 21. MBNA America Bank    Due 9/2/07 | A | Interest | K | T | | | | | |
| 22. American Balance Fund | A | Dividend | K | T | Buy | 3/4 | K | | |
| 23. " " " | | | | | Buy | 5/10 | J | | |
| 24. Income Fund of America | B | Dividend | K | T | Buy | 10/20 | J | | See Note in Part VIII |
| 25. BANK ONE, TRUSTEE FOR ▮▮▮▮▮ ▮▮▮▮▮ | | | | | | | | | |
| 26. including the following : | | | | | | | | | |
| 27. -Ky State Tpk Auth Rev Bond (Dtd 1-1-81) | A | Interest | J | T | | | | | |
| 28. -One Group Funds (Large Cap Growth) | | None | N | T | | | | | |
| 29. -One Group Funds (Muni Money Market) | A | Dividend | K | T | | | | | |
| 30. -One Group Funds (Large Cap Value) | A | Dividend | L | T | | | | | |
| 31. -One Group Municipal Ky. Bond Fd | D | Dividend | N | T | | | | | |
| 32. -One Group Mid Cap Growth Fund | | None | K | T | | | | | |
| 33. -One Group Mid Cap Value Fund | A | Dividend | K | T | | | | | |
| 34. -One Group Small Cap Growth Fund | A | Dividend | J | T | | | | | |
| 35. -One Group Small Cap Value Fund | A | Dividend | J | T | | | | | |
| 36. One Gourp Diversified Equity Fund | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $6,000,000

2. Value Codes: (See Columns C1 and D3)   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes (See Column C2)   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Johnstone, Edward H | 4/21/2005 |

## VII. INVESTMENTS and TRUSTS  — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. One Group International Equity Index Fund | A | Dividend | J | T | | | | | |
| 38. MetLife - Whole Life Policies | B | Dividend | L | T | | | | | |
| 39. Dept of Veterans Affairs - GI insurance policies | A | Div / Int | K | T | | | | | |
| 40. ING - Whole Life Policies | B | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

In preparing my FDR this year, I found that two purchases were made on 7/30/03 and on 12/10/03 but were omitted from last year's Report dated 4/21/2004. To correct this omission I submit the following 2003 data:

Income Fund of America  (shown on Line 24 on this Report dated 4/21/2005)

B. (1) blank    B. (2) None    C. (1) K   C. (2) T    D (1) Buy   D.(2)  7/30/03    D. (3) K
B. (1) blank    B. (2) None    C. (1) J   C. (2) T    D (1) Buy   D.(2) 12/10/03    D. (3) J

I submit this information as an amendment to my  Financial Disclosure Report dated 4/21/04

## X. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____      Date __04-21-05__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544